# Exhibit B

*Claim Chart re Asserted Claims of '511 Patent and Exemplary Accused Products*

Preliminary Comparison of U.S. Patent No. 7,952,511 to Fiat Chrysler Vehicles

| '511 Patent, Claim 1 Language | Fiat/Chrysler Cars Equipped with Forward Collision Warning Plus ("Accused Instrumentalities") |
|---|---|
| **Claim 1**. A method for detecting an object, comprising the steps of: | The Accused Instrumentalities implement a method for detecting an object (e.g., a vehicle or large obstacle). https://blog.fcanorthamerica.com/2017/11/14/looking-ahead-forward-collision-warning/; https://media.fcanorthamerica.com/newsrelease.do?id=16189&mid=; http://www.forestlakechrysler.com/news/2017-chrysler-pacifica-collision-warning/ |
| defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver; | The method implemented by the Accused Instrumentalities includes defining expected characteristics of a scattered invisible electromagnetic radiation pattern to be detected at a receiver.<br><br>For example, "Forward Collision Warning-Plus: Uses radar and camera technology. This system combines inputs from the radar and camera to determine if a collision is imminent." https://blog.fcanorthamerica.com/2017/11/14/looking-ahead-forward-collision-warning/<br><br>Thus, as described above, each Accused Instrumentality includes a radar unit, which transmits invisible electromagnetic radiation to be detected at a receiver located on the Accused Instrumentality. When the region intermediate to the path taken by the incident and the observed electromagnetic radiation is devoid of confounding factors and objects, a standard (*i.e.*, a control-variable-like, or a background) baseline signal set—that can be used for comparison purposes—is established. For example, one standard background might be the open road in front of the Accused Instrumentality. This baseline can be updated in essentially real time as, for instance, atmospheric propagation conditions change and evolve or road-painting schemes alter from one section of pavement to the next. |
| attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation, | The method implemented by the Accused Instrumentalities involves attenuating at least a portion of an invisible electromagnetic radiation field by a presence of an object within a path of invisible electromagnetic radiation. For example, the reflection, absorption, and attenuation characteristics of a vehicle or large obstacle will be different than the reflection, absorption, and attenuation characteristics of open road. |
| said invisible electromagnetic | The invisible electromagnetic radiation is propagated off axis with respect to the receiver toward a scattering medium. |



Preliminary Comparison of U.S. Patent No. 7,952,511 to Fiat Chrysler Vehicles

| '511 Patent, Claim 1 Language | Fiat/Chrysler Cars Equipped with Forward Collision Warning Plus ("Accused Instrumentalities") |
|---|---|
| radiation propagating off axis with respect to the receiver toward a scattering medium; and | For example, invisible electromagnetic radiation is propagated from the forward-facing radar unit toward a scattering medium (e.g., a road) in front of the vehicle. On information and belief, the radar unit comprises at least one transmitter and one separate and distinct receiver. The invisible electromagnetic radiation is therefore transmitted off-axis with respect to the receiver, although both are included in the Accused Instrumentality. |
| detecting the attenuation to indicate a presence of the object. | The method implemented by the Accused Instrumentalities involves detecting the attenuation to indicate a presence of the object. "This system combines inputs from the radar and camera to determine if a collision is imminent," and when "the vehicle may be approaching another vehicle too rapidly." https://blog.fcanorthamerica.com/2017/11/14/looking-ahead-forward-collision-warning/ |

2

